## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRONE BRUNSON : | CIVIL ACTION |
| : | |
| Plaintiff, : | No. 13-3192 |
| : | |
| v. : | |
| : | |
| DIAMOND STAFFING : | |
| SERVICES, INC. : | |
| and : | |
| INTERNATIONAL TRANSPORT : | |
| SOLUTIONS, LLC. : | |
| : | |
| Defendants. : | |
| : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff Tyrone Brunson in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**


*/s/  Jeremy M. Cerutti*
Jeremy M. Cerutti, Esq.


Dated: June 17, 2013