UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TYRONE BRUNSON

        Plaintiff(s)

v.

DIAMOND STAFFING SERVICES, INC., and
INTERNATIONAL TRANSPORT SOLUTIONS LLC,

        Defendant(s)

CIVIL ACTION NO. 13-3192

**APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY**
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending

time within which defendant(s) __Diamond Staffing Services, Inc.__

may answer, move, or otherwise reply to the Complaint filed by

plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on __June 21__, 2013; and
3. Time to Answer, Move or otherwise Reply expires on __July 22, 2013__

Justin A. Greenblum
Attorney for Defendant(s)
Address: __Two Wall St.__
__New York, NY 10005__

_/s/ Justin A. Greenblum_

ORDER

The above application is ORDERED GRANTED extended to _____.
ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
        Deputy Clerk